IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REBECCA STERLING**                                                                                    **PLAINTIFF**

v.                                          Case No. 4:19-CV-00025-LPR

**BOARD OF TRUSTEES OF THE**
**UNIVERSITY OF ARKANSAS, et al.**                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to today's Order, this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 24th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE